THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
ROCKINGHAM COUNTY

I, Jennifer M Haggar, Clerk of the Superior Court of the State of New Hampshire for the County of Rockingham, the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of the Complaint Civil, Summons on Complaint, Consumer Protection letter, Affidavit of service x2, Notice Removal to Federal Dist Ct in the action case # 218-2022-cv-00202 Reliant Life Sciences, LLC v. AGC Biologics, Daigle Computer Systems Inc of said Superior Court.

In witness whereof I have hereunto set my hand and affixed the seal of said Superior Court at this 28th day of April A.D. 2022



Clerk of Superior Court

P0194008