UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Reliant Life Sciences, LLC

    v.

Case No. 22-c-137-SE

AGC Biologics, et al

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Judge Samantha D. Elliott dated October 25, 2022;

2. Clerk's Entry of Default dated November 7, 2022;

3. Order by Judge Samantha D. Elliott dated July 31, 2023, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 23, 2023; and

4. Order by Judge Samantha D. Elliott dated January 24, 2024.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

_____
Daniel J. Lynch
Clerk of Court

Date: March 13, 2024
cc:   Counsel of record